IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICCA PRASAD, | : | |
| *Plaintiff,* | : | |
| | : | No. 1:15-cv-1779 |
| v. | : | Judge Amy Berman Jackson |
| | : | |
| THE GEORGE WASHINGTION | : | |
| UNIVERSITY, | : | |
| *Defendant.* | : | |
| | : | |

**PROPOSED ORDER**

In consideration of Defendant The George Washington University's Partial Motion to

Dismiss, the memorandum in support of the motion, plaintiff's opposition to the motion, and the

record herein, it is this ___ day of ___ 20__ **ORDERED** that the motion is granted and that the

Second, Third, Fourth and Fifth Causes of Action are hereby **DISMISSED.**

_____
Amy Berman Jackson
United States District Judge

Copies to:
Daniel Hornal
Daniel Snow
Meghan Boone
Michael Kirkpatrick
*Counsel for plaintiff Ricca Prasad*

William D. Nussbaum
*Counsel for defendant The George Washington University*

-19-