**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RICCA PRASAD**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE GEORGE WASHINGTON UNIVERSITY**<br><br>*Defendant*. | ) | Civ. Action No. 1:15-cv-1779 (ABJ) |

**NOTICE OF FILING**

Plaintiff hereby files the attached stipulation reached by the parties.

Date: March 6th, 2017

/s/ Yael Bromberg
Yael Bromberg, Esq.
Institute for Public Representation
Georgetown University Law Center

*Counsel for Plaintiff Ricca Prasad*