**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICCA PRASAD**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE GEORGE WASHINGTON UNIVERSITY**<br><br>*Defendant.* | Civ. Action No. 1:15-cv-1779 (ABJ) |

**STIPULATION**

The parties stipulate to treat Ms. Prasad's journals subject to the same terms of the requirements set forth in the Court's February 22, 2017 minute order with respect to treatment of medical and mental health records produced in discovery.

Date: March 6th, 2017

/s/ Yael Bromberg
Yael Bromberg, Esq.
Institute for Public Representation
Georgetown University Law Center

*Counsel for Plaintiff Ricca Prasad*