**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICCA PRASAD | ) |
| | ) |
| *Plaintiff,* | ) |
| | )    **Civ. Action No. 1:150cv-1779 (ABJ)** |
| v. | ) |
| | ) |
| THE GEORGE WASHINGTON | ) |
| UNIVERSITY | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

Upon consideration of Jane Doe's Motion to Proceed Under Pseudonym, it is this ___

day of November, 2017, hereby

ORDERED, that the motion is GRANTED.

 

_____

AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE