# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICCA PRASAD** | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | Civ. Action No. 1:15-cv-1779 (ABJ) |
| **THE GEORGE WASHINGTON UNIVERSITY** | ) ) ) | |
| *Defendant.* | ) ) ) ) | **FILED**<br>**AUG - 1 2016** |

**Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

## ORDER

This matter comes before the Court on plaintiff Ricca Prasad's and defendant the George Washington University's Joint Motion For Order Compelling Production of Certain Documents, which relates to the production of documents that may be protected from disclosure under the Family Education Rights and Privacy Act (FERPA).

Whereas the Family Education Rights and Privacy Act (FERPA) prohibits the disclosure of personally identifiable information from the education records of students and/or former students of the George Washington University ("GW Students") without their consent ("FERPA-Protected Information"); and

Whereas Ms. Prasad anticipates seeking through her discovery requests to the University certain FERPA-Protected Information which the University may not disclose absent a court order and notice to affected students as required by FERPA; and

Whereas, upon consideration of this joint motion and the record herein it appears that there is good cause to grant the motion; it is

ORDERED that the motion is hereby granted; it is

FURTHER ORDERED that on or before the date by which the University must answer Ms. Prasad's interrogatories and/or produce documents in response to her requests, the University shall send the GW Students whose FERPA-Protected Information would be disclosed by an interrogatory answer or document production a notice that such FERPA-Protected Information has been requested by Ms. Prasad in this case and shall inform them that they may apply to the Court for protection against such disclosure if they so choose ("Notice"); and it is

FURTHER ORDERED that the University shall send such Notices to affected GW Students by first class mail to their last known or permanent mailing addresses as indicated in the records of the University, and also to the GW Students' University email addresses; and it is

FURTHER ORDERED that the University shall in such Notices inform GW Students that they shall have 21 days from the date of the Notice to make application to the Court for protection against disclosure of their FERPA-Protected Information in the case; and it is

FURTHER ORDERED that if any GW Student applies for protection from the Court to prevent disclosure of his or her FERPA-Protected Information, the University shall not be required to produce to Ms. Prasad any documents and/or information containing such FERPA-Protected Information until the Court rules on the application; and it is

FURTHER ORDERED that with respect to any GW Student to whom the University has sent a notice pursuant to this Order who does not make application to the Court for protection to prevent disclosure of his or her FERPA-Protected Information within the time specified, the University shall be permitted to disclose such FERPA-Protected Information it its interrogatory answers and document production to Ms. Prasad, and shall not be required to redact the identity

or other personally identifiable information of any such GW student from its interrogatory answers and/or document production;  and it is

FURTHER ORDERED that Ms. Prasad and the University shall redact the names and other personally identifiable information of all GW Students other than Ms. Prasad in all court filings in this case; and it is

FURTHER ORDERED that documents and information produced under this Order shall also be subject to the Stipulated Protective Order entered in this case on July 29 2016.

Amy Berman Jackson
United States District Judge

**COPIES TO:**

Yael Bromberg (*pro hac vice*)
Aderson Francois (D.C. Bar No. 498544)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW, Suite 312
Washington, D.C. 20001
*Counsel for Plaintiff Ricca Prasad*

Daniel Hornal (D.C. Bar No. 1006894)
Talos Law
705 4th Street, NW
Washington, D.C. 20001

William D. Nussbaum
Saul Ewing LLP
1919 Pennsylvania Ave, NW, Suite 550
Washington, D.C. 20006

Christina D. Riggs (*pro hac vice)*
Saul Ewing LLP
Central Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Counsel for Defendant the George Washington University*