Exhibit B

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Christina D. Riggs

Phone: (215) 972-7810

Fax: (215) 972-7257

Christina.Riggs@saul.com

www.saul.com

October 20, 2017

*PERSONAL AND CONFIDENTIAL*
*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL*



Dear Ms.

I am counsel for George Washington University, the defendant in a lawsuit that is pending in the United States District Court for the District of Columbia, Prasad v. George Washington University, Civ. Action No. 1:15-cv-1779. In connection with this litigation, attorneys for the plaintiff, Ricca Prasad, served certain discovery requests on the University which required the University to produce certain information from your education records to her. Before producing that information, we redacted your name, consistent with the protections for student records afforded by the Family Educational Rights and Privacy Act (FERPA).

Now Ms. Prasad's attorneys have requested that the University produce unredacted copies of these records to her. That request was considered by the Court presiding over this case, and it ordered the University to comply with that request and produce these records to Ms. Prasad in unredacted form.

In accordance with the procedures established in the relevant Court Order (a copy of which is enclosed), the University is hereby notifying you of Ms. Prasad's request, and informing you that it will produce the above-referenced records to her in unredacted form unless you request protection from the Court as follows:

First, if you do not want your FERPA-protected information to be disclosed in this case, then you have twenty-one (21) days from the date of this letter to file an application with the Court to prevent the University from disclosing information from your education records to Ms. Prasad and her attorneys. If you make such an application to the Court, the University will not produce your FERPA-protected information in the case until the Court rules on your application.

Centre Square West ● 1500 Market Street, 38ᵗʰ Floor ● Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ● Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

October 20, 2017
Page 2

Second, if you do not make such an application to the Court, then under the Court's Order, the University shall proceed to disclose your FERPA-protected information in response to Ms. Prasad's discovery requests.

Third, if, before the expiration of this twenty-one (21) day period, you conclude that you do not object to the disclosure of your FERPA-protected information in this case, and therefore will not be making an application to the Court to protect against such disclosure, I would appreciate it if you would inform me of that fact so that the University may proceed to comply with our discovery obligations.

Finally, I repeat that in order for you to prevent the disclosure of your FERPA-protected information in the case, you must make an application to the Court as discussed above. If you do not contact me before the end of the twenty-one (21) day period, and also do not make an application to the Court, the University will proceed to disclose your FERPA-protected information to Ms. Prasad and her attorneys.

If you have any questions, please do not hesitate to contact me.

Yours truly,

Christina D. Riggs

Enclosure