Exhibit C

**Date:** Fri, 4 Oct 2013 02:07:12 +0000
**From:** Redacted
**To:** Gabriel A. Slifka <slifkaga@email.gwu.edu>
**CC:** taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com <hettyzoe@aol.com>, Redacted

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today. I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in [Redacted] case the person who eventually responded to her report did not have access.

On another note, while your email to [Redacted] yesterday was helpful, I think you are mistaken below that you have met with [Redacted] since receiving my September 30th email. I believe the last time you met was shortly before I sent that email. Finally, please feel free to contact me at any time for any reason. I review my email day and night and can be reached by cell at **Redacted**. I'd appreciate knowing the new protocols once you instituted them. [Redacted] should likewise know what to expect going forward.

Regards,

**Redacted**

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted
**Subject:** Re: Redacted

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with [Redacted] and have spent considerable time thinking about [Redacted] concerns and the events of the weekend. I must start by saying that I am sorry about the stress that [Redacted] and your family have experienced. [Redacted] rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address

CONFIDENTIAL

AA0013772

her concerns. I also am aware that [Redacted] shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to [Redacted] and was upsetting for her.  Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with [Redacted] and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. [Redacted] experience and concerns will be front and center in our thinking.

Lastly, I appreciate that [Redacted] shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.  Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.  I have already started the process to review [Redacted] concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.  Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:   (202) 994-6757
Fax:    (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052

AA0013773

```
Tele:   (202) 994-6757
Fax:    (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0013774

Message

| | |
|---|---|
| From: | Redacted |
| Sent: | 10/3/2013 10:07:12 PM |
| To: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted |
| Subject: | Redacted |

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today.  I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in Redacted case the person who eventually responded to her report did not have access.

On another note, while your email to Redacted yesterday was helpful, I think you are mistaken below that you have met with Redacted since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason.  I review my email day and night and can be reached by cell at **Redacted** I'd appreciate knowing the new protocols once you instituted them. Redacted should likewise know what to expect going forward.

Regards,

**Redacted**

CONFIDENTIAL

AA0013775

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted
**Subject:** Redacted

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

AA0013776

Message

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | 11/13/2013 10:19:13 PM |
| **To:** | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| **CC:** | taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com;    Redacted    hettyzoe@aol.com |
| **Subject:** | **Redacted** |

Dear Mr. Slifka,

It's been more than a month since we exchanged these emails and you met with Redacted

We had expected follow-up with regard to the events which occurred and what action the University has taken is taken.

Under the circumstances I think you would agree Redacted should have had follow-up by now.

She is entitled to feel safe and at peace on your campus.

**Redacted**

**From:** Redacted
**Sent:** Thursday, October 03, 2013 10:07 PM

CONFIDENTIAL

AA0013766

**To:** Gabriel A. Slifka
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; [ Redacted ]
**Subject:** [ Redacted ]

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today. I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in [Redacted] case the person who eventually responded to her report did not have access.

On another note, while your email to [Redacted] yesterday was helpful, I think you are mistaken below that you have met with [Redacted] since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason. I review my email day and night and can be reached by cell at [ Redacted ] I'd appreciate knowing the new protocols once you instituted them. [Redacted] should likewise know what to expect going forward.

Regards,

[ Redacted ]

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** [ Redacted ]

CONFIDENTIAL

AA0013767

**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; ⸽ Redacted ⸽
**Subject:** ⸽ **Redacted** ⸽

October 3, 2013

Dear ⸽ **Redacted** ⸽

Since receiving your email on Monday, September 30, I have met with ⸽Redacted⸽ and have spent considerable time thinking about ⸽Redacted⸽ concerns and the events of the weekend. I must start by saying that I am sorry about the stress that ⸽Redacted⸽ and your family have experienced. ⸽Redacted⸽ rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that ⸽Redacted⸽ shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to ⸽Redacted⸽ and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with ⸽Redacted⸽ and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. ⸽Redacted⸽ experience and concerns will be front and center in our thinking.

Lastly, I appreciate that ⸽Redacted⸽ shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review ⸽Redacted⸽ concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

--
*********************************************
Gabriel A. Slifka

CONFIDENTIAL

Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0013769

**Message**

| | |
|---|---|
| **From:** | Tara Pereira [tarawpereira@gmail.com] |
| **Sent:** | 10/4/2013 9:49:11 AM |
| **To:** | tcarter@gwu.edu |
| **CC:** | Gabriel Slifka [slifkaga@email.gwu.edu]; Mark Levine [markl@gwu.edu]; Tara W. Pereira [taraw@gwu.edu] |
| **Subject:** | Re: Privileged and Confidential - Fwd: Redacted |

Redacted

On Oct 4, 2013, at 9:29 AM, Toi Carter <tcarter@gwu.edu> wrote:

Redacted

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Friday, October 04, 2013 9:17 AM
**To:** Mark Levine; Toi Carter; Tara W. Pereira
**Subject:** Privileged and Confidential - Fwd: RE: Redacted

Redacted

-------- Original Message --------
**Subject:** RE: Redacted

AA0013771

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:   (202) 994-6757
Fax:   (202) 994-3051
Email:   slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0013777

Message
_____

| From: | Toi Carter [tcarter@gwu.edu] |
|---|---|
| Sent: | 10/4/2013 9:28:35 AM |
| To: | Gabriel Slifka [slifkaga@email.gwu.edu]; Mark Levine [markl@gwu.edu]; Toi Carter [tcarter@gwu.edu]; Tara W. Pereira [taraw@gwu.edu] |
| Subject: | RE: Privileged and Confidential - Fwd: RE: Redacted |

# Redacted

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Friday, October 04, 2013 9:17 AM
**To:** Mark Levine; Toi Carter; Tara W. Pereira
**Subject:** Privileged and Confidential - Fwd: RE: Redacted

# Redacted

-------- Original Message --------

**Subject:** RE: Redacted
   **Date:** Fri, 4 Oct 2013 02:07:12 +0000
   **From:** Redacted
   **To:** Gabriel A. Slifka <slifkaga@email.gwu.edu>
   **CC:** taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com <hettyzoe@aol.com>, Redacted

Dear Mr. Slifka,

CONFIDENTIAL                                                                 AA0013778

Thank you for your prompt acknowledgment yesterday and follow-up email today.  I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in Redacted case the person who eventually responded to her report did not have access.

On another note, while your email to Redacted yesterday was helpful, I think you are mistaken below that you have met with Redacted since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason.  I review my email day and night and can be reached by cell at   Redacted   I'd appreciate knowing the new protocols once you instituted them. Redacted should likewise know what to expect going forward.

Regards,

**Redacted**

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted
**Subject:** Re: Redacted

October 3, 2013

CONFIDENTIAL                                                                                   AA0013779

Dear [Redacted]

Since receiving your email on Monday, September 30, I have met with [Redacted] and have spent considerable time thinking about [Redacted] concerns and the events of the weekend. I must start by saying that I am sorry about the stress that [Redacted] and your family have experienced. [Redacted] rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that [Redacted] shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to [Redacted] and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with [Redacted] and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. [Redacted] experience and concerns will be front and center in our thinking.

Lastly, I appreciate that [Redacted] shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review [Redacted] concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052

CONFIDENTIAL

AA0013780

```
Tele:   (202) 994-6757
Fax:    (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

```
--
*******************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:   (202) 994-6757
Fax:    (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0013781

Message
_____

From:       Gabriel A. Slifka [slifkaga@email.gwu.edu]
Sent:       10/4/2013 9:17:12 AM
To:         Mark Levine [markl@gwu.edu]; Toi Carter [tcarter@gwu.edu]; Tara W. Pereira [taraw@gwu.edu]
Subject:    Privileged and Confidential - Fwd: RE: **Redacted**

# Redacted

-------- Original Message --------
Subject:RE: **Redacted**
   Date:Fri, 4 Oct 2013 02:07:12 +0000
   From: **Redacted**
     To:Gabriel A. Slifka <slifkaga@email.gwu.edu>
     CC:taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com <hettyzoe@aol.com>, **Redacted**

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today.ï¿½ I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in Redacted case the person who eventually responded to her report did not have access.

On another note, while your email to Redacted yesterday was helpful, I think you are mistaken below that you have met with Redacted since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason.ï¿½ I review my email day and night and can be reached by cell at **Redacted** . Iï¿½d appreciate knowing the new protocols once you instituted them. Redacted should likewise know what to expect going forward.

Regards,

CONFIDENTIAL                                                                      AA0013782

**Redacted**

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted
**Subject:** Redacted
ï¿½

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend.ï¿½ I must start by saying that I am sorry about the stress that Redacted and your family have experienced.ï¿½ Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her.ï¿½ Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these Redacted experience and concerns will be front and center in our thinking.

CONFIDENTIAL                                                                                                                          AA0013783

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.ï¿½ Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.ï¿½ I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.ï¿½ Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

ï¿½

Sincerely,
Gabriel A. Slifka

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:ï¿½ (202) 994-6757
Fax:ï¿½ (202) 994-3051
Email:ï¿½ slifkaga@gwu.edu
ï¿½
This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.ï¿½

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written

AA0013784

permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0013785

Message

| | |
|---|---|
| From: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| Sent: | 10/2/2013 6:57:32 PM |
| To: | **Redacted** |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; **Redacted** |
| Subject: | Re: **Redacted** |

October 2, 2013

Dear **Redacted**

ï¿½

I am writing to acknowledge that I have received your email message.ï¿½ I have had the opportunity to reflect on my conversation with Redacted and to review some of her concerns.ï¿½ I have just sent her an email follow-up and anticipate being in touch with you tomorrow.ï¿½

ï¿½

Sincerely,

Gabriel A. Slifka

```
--
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

Message
_____

**From:**      Gabriel A. Slifka [slifkaga@email.gwu.edu]
**Sent:**      10/3/2013 4:55:03 PM
**To:**        Toi Carter [tcarter@gwu.edu]; Mark Levine [markl@gwu.edu]; Tara W. Pereira [taraw@gwu.edu]
**Subject:**   Privileged and Confidential - Fwd: Re: **Redacted**

**Redacted**

-------- Original Message --------
**Subject:**Re: **Redacted**
   **Date:**Thu, 03 Oct 2013 16:53:47 -0400
   **From:**Gabriel A. Slifka <slifkaga@email.gwu.edu>
     **To** **Redacted**
   **CC:**taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com
     <hettyzoe@aol.com>, **Redacted**

October 3, 2013

Dear **Redacted**

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend.ï¿½ I must start by saying that I am sorry about the stress that Redacted and your family have experienced.ï¿½ Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her.ï¿½ Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student

CONFIDENTIAL                                                                    AA0013787

notifications related to the protocol, and the impact on all involved in making decisions such as these.ï¿½ Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.ï¿½ Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.ï¿½ I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.ï¿½ Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.
ï¿½

Sincerely,
Gabriel A. Slifka


--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.

# Redacted

CONFIDENTIAL                                                                                              AA0013788

Message

| | |
|---|---|
| From: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| Sent: | 10/3/2013 4:53:47 PM |
| To: | **Redacted** |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; **Redacted** |
| Subject: | Re: **Redacted** |

October 3, 2013

Dear **Redacted**

Since receiving your email on Monday, September 30, I have met with **Redacted** and have spent considerable time thinking about **Redacted** concerns and the events of the weekend.ï¿½ I must start by saying that I am sorry about the stress that **Redacted** and your family have experienced.ï¿½ **Redacted** rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that **Redacted** shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to **Redacted** and was upsetting for her.ï¿½ Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with **Redacted** and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these.ï¿½ **Redacted** experience and concerns will be front and center in our thinking.

Lastly, I appreciate that **Redacted** shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.ï¿½ Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.ï¿½ I have already started the process to review **Redacted** concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.ï¿½ Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so

CONFIDENTIAL

AA0013790

that we can discuss them in a more personal way.
ï¿½

Sincerely,
Gabriel A. Slifka

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0013791

Message

| | |
|---|---|
| **From:** | Mark Levine [markl@gwu.edu] |
| **Sent:** | 10/1/2013 9:47:08 AM |
| **To:** | Toi Carter [tcarter@gwu.edu] |
| **CC:** | Gabriel Slifka [slifkaga@gwu.edu] |
| **Subject:** | Fwd: Redacted |

# Redacted

---------- Forwarded message ----------

From: **Gabriel A. Slifka** <slifkaga@email.gwu.edu>

Date: Tue, Oct 1, 2013 at 9:34 AM

Subject: Fwd: Redacted

To: Mark Levine <markl@gwu.edu>

Here is the email he sent last night.

- Gabriel

-------- Original Message --------

Subject: **Redacted**

Date: Mon, 30 Sep 2013 23:29:14 +0000

From: **Redacted**

To: slifkaga@email.gwu.edu <slifkaga@email.gwu.edu>

CC: taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com <hettyzoe@aol.com>, **Redacted**

Dear Mr. Slifka:

Up until now I have stayed out of the process and have not interfered with you and the University, who I trusted to follow guidelines and procedures, not to mention, common sense and courtesy as you dealt with the offense committed upon Redacted Even when you failed to give her proper advanced notice of the hearing, I stayed out of it. Even when you expressed to my wife your sympathy for the perpetrator's family, I stayed out of it.

CONFIDENTIAL

AA0013792

On only one occasion did I try to contact you.  That was the time when you had promised to meet with [Redacted] to give her the results of the hearing, and then delayed, apparently not appreciating the anxiety and emotion associated with the process. At that point I experienced for myself the bureaucracy I had only heard about until then.  When your staff kept dodging me, putting me off and double talking I finally and desperately called Rodney Johnson and Tara Pereira for help which appeared to jolt you into meeting with [Redacted] as you had promised.

But at least it was over.  Sanctions were entered against the perpetrator. [Redacted] was told unconditionally that the perpetrator would have no access to residential facilities on campus, including Fraternity and Sorority houses.

[Redacted] was told that if she became aware of a violation of these sanctions she should report it to UPD, which was to be aware of the situation and take appropriate action.

[Redacted] was told that the perpetrator would face expulsion if he violated the terms of his sanctions.

A hearing panel had heard the case and decided upon the sanctions.  They became final in due course and [Redacted] was told she could rely upon them.

And because of these measures [Redacted] made the decision remain at GW.

She was not told of exceptions.  To the contrary, you and Tara in no uncertain terms advised these sanctions were absolute and she could rely upon them. [Redacted] met with the Police Chief to share her concerns and learn the procedure in the event the perpetrator violated the terms or intimidated her in any manner. She was provided with police contacts and told she should contact them if this occurred.

But I can no longer stay silent.  What you did last week, and your "explanation" today cannot go without response.

This weekend [Redacted] learned the perpetrator was in the Beta House, a clear violation of the terms of his sanctions.  She acted in accordance with your and Tara's instructions:  she tried to reach you.  She tried to reach Tara.  She called UPD.  All to no avail.

UPD claimed it would send a unit to the Beta House. Apparently it did not. Apparently UPD had no record of the sanctions. UPD did nothing, but had someone call [Redacted] who was not involved in this process.

This morning you responded to [Redacted] weekend email that you were busy but could meet at 5:30. Your email did not express concern or alarm. Notably when [Redacted] arrived at your building it was locked.

Today [Redacted] confirmed you advised her you had unilaterally modified the sanctions entered by the panel and you allowed the perpetrator to enter a residence hall on several occasions. And you inexplicitly asked her whether she would like for you to advise her the next time you relax his penalty. I also understand you expressed "how difficult" the sanctions have been for the perpetrator (echoing your earlier words to [Redacted] mom).

Your decision and demeanor leave us to suspect you are taking the side of the perpetrator. [Redacted] was advised your role is to preserve the sanctity of the process.

But now you have told [Redacted] you could, and will, modify the sanctions as you see fit, but now offered to notify her in advance (which we cannot trust that you would do under the circumstances).

There was no due process. [Redacted] was not advised or warned, or even consulted. Apparently there was a party at Beta Friday. While thankfully she was not, [Redacted] could have been there all you know. After all, she reasonably relied on the sanctions.

It appears the sanctions and in fact the entire process is illusory. Either they are rendered and enforced or they are not.

Common sense and due care would dictate that if in fact there were a procedure to modify the sanctions [Redacted] would be notified. And in any event changes should be made only in exigent circumstances.

Your actions were reckless. The University appears to be in violation of the provisions of Title IX. At the minimum the University and you have acted without due regard for this serious situation, and have created a hostile environment and a potentially dangerous scenario. And you have clearly violated all tenets of decency and common sense.

AA0013794

We thought this was over and [Redacted] could move on.  And then this.  You, by your actions, have further victimized her, which is typical of those who are insensitive to victims.

You dropped the ball and UPD dropped the ball.  [Redacted] did what you asked of her. Imagine if she did not follow your rules to the T.

I am not only disgusted, but concerned for her safety.  She and I cannot assume the University takes the threat this perpetrator has posed as serious.

You have robbed [Redacted] of the dignity and trust she was finally regaining after this harrowing event.

These events are unacceptable and will not be tolerated.

I expect that the sanctions will be strictly enforced, taken seriously with due concern for [Redacted] safety and dignity, and that you will confirm that appropriate measures are immediately in place to correct this gross failure on the University's part.

Please Govern Yourself Accordingly.

**Redacted**

CONFIDENTIAL

AA0013795

Redacted

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

```
--
****************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.
```

Redacted

CONFIDENTIAL

AA0013796

Message
_____

From:       Gabriel A. Slifka [slifkaga@email.gwu.edu]
Sent:       10/1/2013 9:34:15 AM
To:         Mark Levine [markl@gwu.edu]
Subject:    Fwd: Redacted

Here is the email he sent last night.

- Gabriel


-------- Original Message --------
Subject:    Redacted
    Date: Mon, 30 Sep 2013 23:29:14 +0000
    From: Redacted
      To: slifkaga@email.gwu.edu <slifkaga@email.gwu.edu>
      CC: taraw@gwu.edu <taraw@gwu.edu>, rjohnson@gwu.edu <rjohnson@gwu.edu>, hettyzoe@aol.com
          <hettyzoe@aol.com>,                    Redacted


Dear Mr. Slifka:
ï¿½
Up until now I have stayed out of the process and have not interfered with you and the University, who I trusted to
follow guidelines and procedures, not to mention, common sense and courtesy as you dealt with the offense committed
upon Redacted Even when you failed to give her proper advanced notice of the hearing, I stayed out of it. Even when you
expressed to my wife your sympathy for the perpetratorï¿½s family, I stayed out of it.
ï¿½
On only one occasion did I try to contact you.ï¿½ That was the time when you had promised to meet with Redacted to give
her the results of the hearing, and then delayed, apparently not appreciating the anxiety and emotion associated with
the process. At that point I experienced for myself the bureaucracy I had only heard about until then.ï¿½ When your
staff kept dodging me, putting me off and double talking I finally and desperately called Rodney Johnson and Tara
Pereira for help which appeared to jolt you into meeting with Redacted as you had promised.ï¿½
ï¿½
But at least it was over.ï¿½ Sanctions were entered against the perpetrator.ï¿½ Redacted was told unconditionally that the
perpetrator would have no access to residential facilities on campus, including Fraternity and Sorority houses.
ï¿½
Redacted was told that if she became aware of a violation of these sanctions she should report it to UPD, which was to be
aware of the situation and take appropriate action.
ï¿½
Redacted was told that the perpetrator would face expulsion if he violated the terms of his sanctions.
ï¿½
A hearing panel had heard the case and decided upon the sanctions.ï¿½ They became final in due course and Redacted was
told she could rely upon them.
ï¿½
And because of these measures Redacted made the decision remain at GW.

CONFIDENTIAL                                    AA0013797

ï¿½

She was not told of exceptions.ï¿½ To the contrary, you and Tara in no uncertain terms advised these sanctions were absolute and she could rely upon them. Redacted met with the Police Chief to share her concerns and learn the procedure in the event the perpetrator violated the terms or intimidated her in any manner. She was provided with police contacts and told she should contact them if this occurred.

ï¿½

But I can no longer stay silent.ï¿½ What you did last week, and your ï¿½explanationï¿½ today cannot go without response.

ï¿½

This weekend Redacted learned the perpetrator was in the Beta House, a clear violation of the terms of his sanctions.ï¿½ She acted in accordance with your and Taraï¿½s instructions:ï¿½ she tried to reach you.ï¿½ She tried to reach Tara.ï¿½ She called UPD.ï¿½ All to no avail.

ï¿½

UPD claimed it would send a unit to the Beta House.ï¿½ Apparently it did not.ï¿½ Apparently UPD had no record of the sanctions.ï¿½ UPD did nothing, but had someone call Redacted who was not involved in this process.

ï¿½

This morning you responded to Redacted weekend email that you were busy but could meet at 5:30. Your email did not express concern or alarm.ï¿½ Notably when Redacted arrived at your building it was locked.

ï¿½

Today Redacted confirmed you advised her you had unilaterally modified the sanctions entered by the panel and you allowed the perpetrator to enter a residence hall on several occasions. And you inexplicitly asked her whether she would like for you to advise her the next time you relax his penalty. I also understand you expressed ï¿½how difficultï¿½ the sanctions have been for the perpetrator (echoing your earlier words to Redacted mom).

ï¿½

Your decision and demeanor leave us to suspect you are taking the side of the perpetrator. Redacted was advised your role is to preserve the sanctity of the process.

ï¿½

But now you have told Redacted you could, and will, modify the sanctions as you see fit, but now offered to notify her in advance (which we cannot trust that you would do under the circumstances).

ï¿½

There was no due process.ï¿½ Redacted was not advised or warned, or even consulted. Apparently there was a party at Beta Friday. While thankfully she was not, ï¿½ Redacted could have been there all you know.ï¿½ After all, she reasonably relied on the sanctions.

ï¿½

It appears the sanctions and in fact the entire process is illusory.ï¿½ Either they are rendered and enforced or they are not.ï¿½

ï¿½

Common sense and due care would dictate that if in fact there were a procedure to modify the sanctions Redacted would be notified. And in any event changes should be made only in exigent circumstances.

ï¿½

Your actions were reckless.ï¿½ The University appears to be in violation of the provisions of Title IX.ï¿½ At the minimum the University and you have acted without due regard for this serious situation, and have created a hostile environment and a potentially dangerous scenario.ï¿½ And you have clearly violated all tenets of decency and common sense.

ï¿½

We thought this was over and Redacted could move on. ï¿½And then this.ï¿½ You, by your actions, have further victimized her, which is typical of those who are insensitive to victims.

                                                                                                      AA0013798

ï¿½

You dropped the ball and UPD dropped the ball.ï¿½ **Redacted** did what you asked of her. Imagine if she did not follow your rules to the T.

ï¿½

I am not only disgusted, but concerned for her safety.ï¿½ She and I cannot assume the University takes the threat this perpetrator has posed as serious.

ï¿½

You have robbed **Redacted** of the dignity and trust she was finally regaining after this harrowing event.

ï¿½

These events are unacceptable and will not be tolerated.ï¿½

ï¿½

I expect that the sanctions will be strictly enforced, taken seriously with due concern for **Redacted** safety and dignity, and that you will confirm that appropriate measures are immediately in place to correct this gross failure on the Universityï¿½s part.

ï¿½

Please Govern Yourself Accordingly.

ï¿½

ï¿½

**Redacted**

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

```
--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.
```

CONFIDENTIAL

AA0013799

Message

| From: | Redacted |
|-------|----------|
| Sent: | 9/30/2013 7:29:14 PM |
| To: | slifkaga@email.gwu.edu |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; hettyzoe@aol.com; Redacted |
| Subject: | Redacted |

Dear Mr. Slifka:

Up until now I have stayed out of the process and have not interfered with you and the University, who I trusted to follow guidelines and procedures, not to mention, common sense and courtesy as you dealt with the offense committed upon Redacted Even when you failed to give her proper advanced notice of the hearing, I stayed out of it. Even when you expressed to my wife your sympathy for the perpetrator's family, I stayed out of it.

On only one occasion did I try to contact you.  That was the time when you had promised to meet with Redacted to give her the results of the hearing, and then delayed, apparently not appreciating the anxiety and emotion associated with the process. At that point I experienced for myself the bureaucracy I had only heard about until then.  When your staff kept dodging me, putting me off and double talking I finally and desperately called Rodney Johnson and Tara Pereira for help which appeared to jolt you into meeting with Redacted as you had promised.

But at least it was over.  Sanctions were entered against the perpetrator. Redacted was told unconditionally that the perpetrator would have no access to residential facilities on campus, including Fraternity and Sorority houses.

Redacted was told that if she became aware of a violation of these sanctions she should report it to UPD, which was to be aware of the situation and take appropriate action.

Redacted was told that the perpetrator would face expulsion if he violated the terms of his sanctions.

A hearing panel had heard the case and decided upon the sanctions.  They became final in due course and Redacted was told she could rely upon them.

And because of these measures Redacted made the decision remain at GW.

                                          AA0013801

She was not told of exceptions.  To the contrary, you and Tara in no uncertain terms advised these sanctions were absolute and she could rely upon them. [Redacted] met with the Police Chief to share her concerns and learn the procedure in the event the perpetrator violated the terms or intimidated her in any manner. She was provided with police contacts and told she should contact them if this occurred.

But I can no longer stay silent.  What you did last week, and your "explanation" today cannot go without response.

This weekend [Redacted] learned the perpetrator was in the Beta House, a clear violation of the terms of his sanctions.  She acted in accordance with your and Tara's instructions:  she tried to reach you.  She tried to reach Tara.  She called UPD.  All to no avail.

UPD claimed it would send a unit to the Beta House.  Apparently it did not.  Apparently UPD had no record of the sanctions.  UPD did nothing, but had someone call [Redacted] who was not involved in this process.

This morning you responded to [Redacted] weekend email that you were busy but could meet at 5:30. Your email did not express concern or alarm.  Notably when [Redacted] arrived at your building it was locked.

Today [Redacted] confirmed you advised her you had unilaterally modified the sanctions entered by the panel and you allowed the perpetrator to enter a residence hall on several occasions. And you inexplicitly asked her whether she would like for you to advise her the next time you relax his penalty. I also understand you expressed "how difficult" the sanctions have been for the perpetrator (echoing your earlier words to [Redacted] mom).

Your decision and demeanor leave us to suspect you are taking the side of the perpetrator. [Redacted] was advised your role is to preserve the sanctity of the process.

But now you have told [Redacted] you could, and will, modify the sanctions as you see fit, but now offered to notify her in advance (which we cannot trust that you would do under the circumstances).

AA0013802

There was no due process. [Redacted] was not advised or warned, or even consulted. Apparently there was a party at Beta Friday. While thankfully she was not, [Redacted] could have been there all you know.  After all, she reasonably relied on the sanctions.

It appears the sanctions and in fact the entire process is illusory.  Either they are rendered and enforced or they are not.

Common sense and due care would dictate that if in fact there were a procedure to modify the sanctions [Redacted] would be notified. And in any event changes should be made only in exigent circumstances.

Your actions were reckless.  The University appears to be in violation of the provisions of Title IX.  At the minimum the University and you have acted without due regard for this serious situation, and have created a hostile environment and a potentially dangerous scenario.  And you have clearly violated all tenets of decency and common sense.

We thought this was over and [Redacted] could move on.  And then this.  You, by your actions, have further victimized her, which is typical of those who are insensitive to victims.

You dropped the ball and UPD dropped the ball. [Redacted] did what you asked of her. Imagine if she did not follow your rules to the T.

I am not only disgusted, but concerned for her safety.  She and I cannot assume the University takes the threat this perpetrator has posed as serious.

You have robbed [Redacted] of the dignity and trust she was finally regaining after this harrowing event.

These events are unacceptable and will not be tolerated.

I expect that the sanctions will be strictly enforced, taken seriously with due concern for [Redacted] safety and dignity, and that you will confirm that appropriate measures are immediately in place to correct this gross failure on the University's part.

AA0013803

Please Govern Yourself Accordingly.

**Redacted**

\

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL                                                                                    AA0013804

Message
_____

| From: | Redacted |
|---|---|
| Sent: | 11/13/2013 10:19:13 PM |
| To: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; **Redacted** |
| Subject: | **Redacted** |

Dear Mr. Slifka,

It's been more than a month since we exchanged these emails and you met with Redacted

We had expected follow-up with regard to the events which occurred and what action the University has taken is taken.

Under the circumstances I think you would agree Redacted should have had follow-up by now.

She is entitled to feel safe and at peace on your campus.

**Redacted**

CONFIDENTIAL

AA0014558

**From:** Redacted

**Sent:** Thursday, October 03, 2013 10:07 PM

**To:** Gabriel A. Slifka

**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; Redacted

**Subject:** Redacted


Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today. I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in Redacted case the person who eventually responded to her report did not have access.

On another note, while your email to Redacted yesterday was helpful, I think you are mistaken below that you have met with Redacted since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason. I review my email day and night and can be reached by cell at Redacted I'd appreciate knowing the new protocols once you instituted them. Redacted should likewise know what to expect going forward.

Regards,

Redacted

CONFIDENTIAL                                                                 AA0014559

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:**  Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu;  Redacted
**Subject:**  Redacted

October 3, 2013

Dear  **Redacted**

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend.  I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her.  Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these.  Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.  Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.  I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.  Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

CONFIDENTIAL

AA0014560

```
--
********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL                                                            AA0014561

Message

| | |
|---|---|
| From: | **Redacted** |
| Sent: | 10/3/2013 10:07:12 PM |
| To: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; **Redacted** |
| Subject: | **Redacted** |

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today. I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in [Redacted] case the person who eventually responded to her report did not have access.

On another note, while your email to [Redacted] yesterday was helpful, I think you are mistaken below that you have met with [Redacted] since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason. I review my email day and night and can be reached by cell at **Redacted**. I'd appreciate knowing the new protocols once you instituted them. [Redacted] should likewise know what to expect going forward.

Regards,

**Redacted**

CONFIDENTIAL

AA0014562

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** Redacted
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; Redacted
**Subject:** Redacted

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

CONFIDENTIAL

AA0014563

```
--
*******************************************
```
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0014564

Message
---

**From:** Rodney Johnson [rjohnson@gwu.edu]

**Sent:** 10/1/2013 9:36:57 AM

**To:** parents GW Office of Parent Services [parents@gwu.edu]

**Subject:** Redacted

---------- Forwarded message ----------

From: Redacted

Date: Mon, Sep 30, 2013 at 7:29 PM

Subject: Redacted

To: "slifkaga@email.gwu.edu" <slifkaga@email.gwu.edu>

Cc: "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>, Redacted

Redacted

Dear Mr. Slifka:

Up until now I have stayed out of the process and have not interfered with you and the University, who I trusted to follow guidelines and procedures, not to mention, common sense and courtesy as you dealt with the offense committed upon Redacted Even when you failed to give her proper advanced notice of the hearing, I stayed out of it. Even when you expressed to my wife your sympathy for the perpetrator's family, I stayed out of it.

On only one occasion did I try to contact you. That was the time when you had promised to meet with Redacted to give her the results of the hearing, and then delayed, apparently not appreciating the anxiety and emotion associated with the process. At that point I experienced for myself the bureaucracy I had only heard about until then. When your staff kept dodging me, putting me off and double talking I finally and desperately called Rodney Johnson and Tara Pereira for help which appeared to jolt you into meeting with Redacted as you had promised.

But at least it was over. Sanctions were entered against the perpetrator. Redacted was told unconditionally that the perpetrator would have no access to residential facilities on campus, including Fraternity and Sorority houses.

Redacted was told that if she became aware of a violation of these sanctions she should report it to UPD, which was to be aware of the situation and take appropriate action.

Redacted was told that the perpetrator would face expulsion if he violated the terms of his sanctions.

CONFIDENTIAL

AA0014565

A hearing panel had heard the case and decided upon the sanctions. They became final in due course and Redacted was told she could rely upon them.

And because of these measures Redacted made the decision remain at GW.

She was not told of exceptions. To the contrary, you and Tara in no uncertain terms advised these sanctions were absolute and she could rely upon them. Redacted met with the Police Chief to share her concerns and learn the procedure in the event the perpetrator violated the terms or intimidated her in any manner. She was provided with police contacts and told she should contact them if this occurred.

But I can no longer stay silent. What you did last week, and your "explanation" today cannot go without response.

This weekend Redacted learned the perpetrator was in the Beta House, a clear violation of the terms of his sanctions. She acted in accordance with your and Tara's instructions: she tried to reach you. She tried to reach Tara. She called UPD. All to no avail.

UPD claimed it would send a unit to the Beta House. Apparently it did not. Apparently UPD had no record of the sanctions. UPD did nothing, but had someone call Redacted who was not involved in this process.

This morning you responded to Redacted weekend email that you were busy but could meet at 5:30. Your email did not express concern or alarm. Notably when Redacted arrived at your building it was locked.

Today Redacted confirmed you advised her you had unilaterally modified the sanctions entered by the panel and you allowed the perpetrator to enter a residence hall on several occasions. And you inexplicitly asked her whether she would like for you to advise her the next time you relax his penalty. I also understand you expressed "how difficult" the sanctions have been for the perpetrator (echoing your earlier words to Redacted mom).

Your decision and demeanor leave us to suspect you are taking the side of the perpetrator. Redacted was advised your role is to preserve the sanctity of the process.

CONFIDENTIAL                                                                                       AA0014566

But now you have told [Redacted] you could, and will, modify the sanctions as you see fit, but now offered to notify her in advance (which we cannot trust that you would do under the circumstances).

There was no due process. [Redacted] was not advised or warned, or even consulted. Apparently there was a party at Beta Friday. While thankfully she was not, [Redacted] could have been there all you know. After all, she reasonably relied on the sanctions.

It appears the sanctions and in fact the entire process is illusory. Either they are rendered and enforced or they are not.

Common sense and due care would dictate that if in fact there were a procedure to modify the sanctions [Redacted] would be notified. And in any event changes should be made only in exigent circumstances.

Your actions were reckless. The University appears to be in violation of the provisions of Title IX. At the minimum the University and you have acted without due regard for this serious situation, and have created a hostile environment and a potentially dangerous scenario. And you have clearly violated all tenets of decency and common sense.

We thought this was over and [Redacted] could move on. And then this. You, by your actions, have further victimized her, which is typical of those who are insensitive to victims.

You dropped the ball and UPD dropped the ball. [Redacted] did what you asked of her. Imagine if she did not follow your rules to the T.

I am not only disgusted, but concerned for her safety. She and I cannot assume the University takes the threat this perpetrator has posed as serious.

You have robbed [Redacted] of the dignity and trust she was finally regaining after this harrowing event.

These events are unacceptable and will not be tolerated.

CONFIDENTIAL                                                                AA0014567

I expect that the sanctions will be strictly enforced, taken seriously with due concern for ⟨Redacted⟩ safety and dignity, and that you will confirm that appropriate measures are immediately in place to correct this gross failure on the University's part.

Please Govern Yourself Accordingly.

Redacted

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

AA0014568

Message

| | |
|---|---|
| From: | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| Sent: | 10/3/2013 4:53:47 PM |
| To: | **Redacted** |
| CC: | taraw@gwu.edu; rjohnson@gwu.edu; **Redacted** |
| Subject: | **Redacted** |

October 3, 2013

Dear **Redacted**

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about **Redacted** concerns and the events of the weekend.ï¿½ I must start by saying that I am sorry about the stress that Redacted and your family have experienced.ï¿½ Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her.ï¿½ Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these.ï¿½ Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening.ï¿½ Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment.ï¿½ I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities.ï¿½ Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so

CONFIDENTIAL

AA0014569

that we can discuss them in a more personal way.
ï¿½

Sincerely,
Gabriel A. Slifka

-- *****************************************Gabriel A. SlifkaDirector, Office of Student Rights & ResponsibilitiesThe George Washington University2129 I Street, NWWashington, DC 20052Tele: (202) 994-6757Fax: (202) 994-3051Email: slifkaga@gwu.eduThis e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0014570

Message

| | |
|---|---|
| **From:** | Gabriel A. Slifka [slifkaga@email.gwu.edu] |
| **Sent:** | 10/2/2013 6:57:32 PM |
| **To:** | Redacted |
| **CC:** | taraw@gwu.edu; rjohnson@gwu.edu  Redacted |
| **Subject:** | Redacted |

October 2, 2013

Dear Redacted

ï¿½

I am writing to acknowledge that I have received your email message.ï¿½ I have had the opportunity to reflect on my conversation with Redacted and to review some of her concerns.ï¿½ I have just sent her an email follow-up and anticipate being in touch with you tomorrow.ï¿½

ï¿½

Sincerely,
Gabriel A. Slifka

-- ***********************************************Gabriel A. SlifkaDirector, Office of Student Rights & ResponsibilitiesThe George Washington University2129 I Street, NWWashington, DC 20052Tele: (202) 994-6757Fax: (202) 994-3051Email: slifkaga@gwu.eduThis e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0014571

Message
_____

**From:** Redacted
**Sent:** 11/13/2013 10:22:35 PM
**To:** Redacted
**Subject:** Redacted

Typos happen when I multitask.

Too many friggin phone calls while I work.

But he will get the message

Redacted

**From** Redacted
**Sent:** Wednesday, November 13, 2013 10:19 PM
**To:** Gabriel A. Slifka
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; Redacted
**Subject:** Redacted

Dear Mr. Slifka,

It's been more than a month since we exchanged these emails and you met with Redacted

                                                                      AA0014577

We had expected follow-up with regard to the events which occurred and what action the University has taken is taken.

Under the circumstances I think you would agree  should have had follow-up by now.

She is entitled to feel safe and at peace on your campus.

**Redacted**

**From:** Redacted
**Sent:** Thursday, October 03, 2013 10:07 PM
**To:** Gabriel A. Slifkai
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; Redacted
**Subject:** Redacted

Dear Mr. Slifka,

Thank you for your prompt acknowledgment yesterday and follow-up email today.  I think we are heading in the right direction.

As you re-visit the protocol for considering a request to modify a sanction, I hope you will be especially circumspect and vigilant when concerning a perpetrator found to have committed an offense such as sexual misconduct, as the primary purpose of the sanction is and must be to protect the victim.

CONFIDENTIAL

AA0014578

May I also suggest that victims should be provided with a specific number to reach a UPD officer who would have immediate access to *persona non grata* and other sanctions, as I understand in [Redacted] case the person who eventually responded to her report did not have access.

On another note, while your email to [Redacted] yesterday was helpful, I think you are mistaken below that you have met with [Redacted] since receiving my September 30th email. I believe the last time you met was shortly before I sent that email.

Finally, please feel free to contact me at any time for any reason. I review my email day and night and can be reached by cell at [ Redacted ] I'd appreciate knowing the new protocols once you instituted them. [Redacted] should likewise know what to expect going forward.

Regards,

**Redacted**

**From:** Gabriel A. Slifka [mailto:slifkaga@email.gwu.edu]
**Sent:** Thursday, October 03, 2013 4:54 PM
**To:** [ Redacted ]
**Cc:** taraw@gwu.edu; rjohnson@gwu.edu; [ Redacted ]
**Subject:** [ Redacted ]

October 3, 2013

Dear [ Redacted ]

Since receiving your email on Monday, September 30, I have met with [Redacted] and have spent considerable time thinking about [Redacted] concerns and the events of the weekend. I must start by saying that I am sorry about the stress that [Redacted]

and your family have experienced. [Redacted] rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that [Redacted] shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to [Redacted] and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with [Redacted] and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. [Redacted] experience and concerns will be front and center in our thinking.

Lastly, I appreciate that [Redacted] shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review [Redacted] concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

```
--
*******************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and
Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written
permission from the student mentioned above. If this message reaches you in error, please
contact the sender at the phone number and/or address above.
```

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0014580

Message

| From: | Redacted |
|---|---|
| Sent: | 10/3/2013 5:02:55 PM |
| To: | Redacted |
| CC: | |
| Subject: | **Redacted** |

Inaccurate

On Oct 3, 2013, at 5:02 PM, **Redacted** wrote:

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns

**Redacted**

On Oct 3, 2013, at 5:00 PM, **Redacted** wrote:
No we haven't spoken

On Oct 3, 2013, at 4:57 PM, **Redacted** wrote:

He met with you since receiving my email?

**Redacted**

Begin forwarded message:

CONFIDENTIAL

AA0014582

From: "Gabriel A. Slifka" <slifkaga@email.gwu.edu>
Date: October 3, 2013 at 4:53:47 PM EDT
To: **Redacted**
Cc: "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>, **Redacted**
**Redacted**
Subject: **Redacted**

October 3, 2013

Dear **Redacted**

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

CONFIDENTIAL

AA0014583

Sincerely,

Gabriel A. Slifka


--
```
*********************************************
```
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0014584

Message
_____

**From:**    Redacted

**Sent:**    10/2/2013 6:58:28 PM

**To:**    Redacted

**Subject:**    Redacted

**Redacted**

Begin forwarded message:

**From:** "Gabriel A. Slifka" <slifkaga@email.gwu.edu>

**Date:** October 2, 2013 at 6:57:32 PM EDT

**To:** Redacted

**Cc:** "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>, Redacted

Redacted

Redacted

October 2, 2013

Dear Redacted

I am writing to acknowledge that I have received your email message.  I have had the opportunity to reflect on my conversation with Redacted and to review some of her concerns.  I have just sent her an email follow-up and anticipate being in touch with you tomorrow.

Sincerely,

Gabriel A. Slifka

--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University

CONFIDENTIAL

AA0014585

2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

Message

| From: | Redacted |
|---|---|
| Sent: | 10/3/2013 5:02:25 PM |
| To: | Redacted |
| CC: | |
| Subject: | Redacted |

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns

Redacted

On Oct 3, 2013, at 5:00 PM, Redacted wrote:
No we haven't spoken

On Oct 3, 2013, at 4:57 PM, Redacted wrote:

He met with you since receiving my email?

Redacted

Begin forwarded message:
**From:** "Gabriel A. Slifka" <slifkaga@email.gwu.edu>
**Date:** October 3, 2013 at 4:53:47 PM EDT
**To:** Redacted

CONFIDENTIAL

AA0014587

Cc: "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>,   Redacted

Redacted

Redacted

October 3, 2013

Dear  Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,

Gabriel A. Slifka

CONFIDENTIAL                                                      AA0014588

```
--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIAL

AA0014589

Message

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | 10/3/2013 5:00:46 PM |
| **To:** | Redacted |
| **CC:** | |
| **Subject:** | Redacted |

No we haven't spoken

On Oct 3, 2013, at 4:57 PM, Redacted wrote:

He met with you since receiving my email?

Redacted

Begin forwarded message:

**From:** "Gabriel A. Slifka" <slifkaga@email.gwu.edu>

**Date:** October 3, 2013 at 4:53:47 PM EDT

**To:** Redacted

**Cc:** "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu> Redacted

Redacted

Redacted

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

CONFIDENTIAL

AA0014590

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,

Gabriel A. Slifka

```
--
*********************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

AA0014591

Message
_____

From:        **Redacted**

Sent:        10/3/2013 4:57:20 PM

To:          **Redacted**

CC:
Subject:     **Redacted**

He met with you since receiving my email?

**Redacted**

Begin forwarded message:

From: "Gabriel A. Slifka" <slifkaga@email.gwu.edu>

Date: October 3, 2013 at 4:53:47 PM EDT

To: **Redacted**

Cc: "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>, **Redacted**

**Redacted**

**Redacted**

October 3, 2013

Dear **Redacted**

Since receiving your email on Monday, September 30, I have met with [Redacted] and have spent considerable time thinking about [Redacted] concerns and the events of the weekend.  I must start by saying that I am sorry about the stress that [Redacted] and your family have experienced. [Redacted] rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that [Redacted] shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

CONFIDENTIAL

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

--
*******************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

AA0014593

Message

| From: | Redacted |
| --- | --- |
| Sent: | 10/3/2013 4:56:34 PM |
| To: | |
| Subject: | **Redacted** |

**Redacted**

Begin forwarded message:

**From:** "Gabriel A. Slifka" <slifkaga@email.gwu.edu>

**Date:** October 3, 2013 at 4:53:47 PM EDT

**To:** Redacted

**Cc:** "taraw@gwu.edu" <taraw@gwu.edu>, "rjohnson@gwu.edu" <rjohnson@gwu.edu>, **Redacted**

**Redacted**

**Redacted**

October 3, 2013

Dear Redacted

Since receiving your email on Monday, September 30, I have met with Redacted and have spent considerable time thinking about Redacted concerns and the events of the weekend. I must start by saying that I am sorry about the stress that Redacted and your family have experienced. Redacted rightfully expressed frustration about enforcement of the *persona non grata* status and related matters, and there has been follow-up with staff in a number of university departments to address her concerns. I also am aware that Redacted shared these same concerns with Ms. Tara Pereira, who has joined me in efforts to determine and provide appropriate remedies.

CONFIDENTIAL                                                                    AA0014594

I recognize that the brief amendment of the *persona non grata* status came as a surprise to Redacted and was upsetting for her. Despite protocols that require careful review of requests for temporary amendments from students for specific and time-limited purposes and usually work quite well, after reflecting on my conversation with Redacted and discussing this with others at the University, we have decided that a small group of us will review this protocol, student notifications related to the protocol, and the impact on all involved in making decisions such as these. Redacted experience and concerns will be front and center in our thinking.

Lastly, I appreciate that Redacted shared with me additional information she received from friends about activities that took place in the Beta Theta Pi Fraternity house on Friday evening. Frankly, the activities she described are inconsistent with representations made to me about the purpose of the brief amendment. I have already started the process to review Redacted concerns in this regard and will take action as appropriate. Because the primary purpose for the maintenance of discipline in the university setting is to protect the campus community and establish clear standards for civil interaction among community members, adherence to the Code of Student Conduct and university policies is taken seriously by Student Rights and Responsibilities. Again, thank you for expressing your concerns and in the future should you have any additional concerns, please feel free to contact me at any time by e-mail or at (202) 994-6757 so that we can discuss them in a more personal way.

Sincerely,
Gabriel A. Slifka

```
--
*******************************************
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:   (202) 994-3051
Email:  slifkaga@gwu.edu
```

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

AA0014595

Message
_____

From:       Gabriel A. Slifka [slifkaga@email.gwu.edu]
Sent:       10/2/2013 6:54:26 PM
To:         Redacted
Subject:    Office of Student Rights & Responsibilities


October 2, 2013



Dear Redacted



After our conversation on Monday, I have carefully reflected on the concerns you shared.  I know in our conversation you expressed significant concern regarding the Redacted presence at a meeting on-campus, the follow-up from GWPD and your interactions with staff members.  Please know that both Ms. Pereira and I take these concerns seriously.



I wanted to inform you that steps are being taken to follow-up with the appropriate university staff and university departments regarding this matter.  As I said on Monday, upon learning from a friend that Redacted was attending an event at the Beta Theta Pi Fraternity House you responded appropriately by informing the George Washington University Police Department about Redacted persona non grata status.  To reiterate, should a circumstance arise which necessitates the university to consider a brief amendment to the persona non grata sanction imposed on Redacted Redacted you will be notified in a timely manner and arrangements will be made to prevent your contact with him.  Please know that a review of the protocols in place that govern persona non grata sanctions, brief amendments to those sanctions and the notification process will begin promptly. Your experience will be used to guide the discussion.



Lastly, thank you for sharing with me the information you received regarding the activities at the Beta Theta Pi Fraternity house on Friday night.  This will also be addressed promptly, to include obtaining additional information about when Redacted Redacted was in the house and for what purpose.



Thank you for taking the time to meet with me on Monday to discuss your concerns.  My door is always open.



CONFIDENTIAL                                                                            AA0014641

Sincerely,
Gabriel A. Slifka

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Gabriel A. Slifka
Director, Office of Student Rights & Responsibilities
The George Washington University
2129 I Street, NW
Washington, DC 20052
Tele:  (202) 994-6757
Fax:  (202) 994-3051
Email:  slifkaga@gwu.edu

This e-mail message contains information protected by the Family Educational Rights and Privacy Act of 1974 (20 USC 1232) and may not be disclosed without prior written permission from the student mentioned above. If this message reaches you in error, please contact the sender at the phone number and/or address above.

CONFIDENTIAL

AA0014642