**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RICCA PRASAD** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **Civ. Action No. 15-cv-1779 (ABJ)** |
| **v.** | ) | |
| | ) | |
| **THE GEORGE WASHINGTON** | ) | |
| **UNIVERSITY** | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Upon consideration of Jane Doe's Motion to Oppose Release of Unredacted Material, it

is this ___ day of November, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE